AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Harvey Marlin
V.

Danvers DeMoulas
Market Basket

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 cv 11009 REK

TO: (Name and address of Defendant)

Danvers DeMoulas Market Basket
139 Endicott Street
Danvers, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, PC
858 Washington St., 3rd Fl.
Dedham, MA 02026

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

MAY 17 2005

DATE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 21, 2005

I hereby certify and return that on 6/16/2005 at 2:20PM I served a true and attested copy of the summons, complaint, category sheet and cover sheet in this action in the following manner: To wit, by delivering in hand to Brian Rockwell, agent, person in charge at the time of service for Danvers DeMoulas Market Basket, 139 Endicott Street, Danvers MA 01923. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff Chester Kozlosky

*Deputy Sheriff*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                    Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.