UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************
                          *
HARVEY MARLIN,            *
          Plaintiff,      *
                          *
v.                        *    CIVIL ACTION NO. 05CV11009-REK
                          *
DANVERS DEMOULAS          *
MARKET BASKET,            *
          Defendant.      *
                          *
*************************
```

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. Rule 7.1(a), the Defendant,

Danvers DeMoulas Market Basket (hereinafter "Defendant"), hereby

states that there is no parent corporation or any publicly held

corporation that owns 10% or more of its stock.

                    Respectfully Submitted,
                    The Defendant,
                    **DANVERS DEMOULAS MARKET BASKET,**
                    By its Attorneys,


                    Chrisann Leal, BBO #566402
                    Timothy J. Hlavac, BBO #632788
                    **CURTIN, MURPHY & O'REILLY, P.C.**
                    55 Summer Street, 10th Floor
                    Boston, Massachusetts 02110
                    (617) 574-1700

Certificate of Service

I herewith certify that on July 6, 2005, I served the within
pleading on all parties by mail, postage prepaid, to:

Joseph G. Abromovitz, Esquire
858 Washington Street, 3rd Floor
Dedham, Massachusetts   02026


Chrisann Leal