UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11009REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HARVEY MARLIN                               \*
                                            \*
v.                                          \*
                                            \*
DANVERS DEMOULAS                            \*
MARKET BASKET                               \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE MEDIATION**

Now comes the plaintiff in the above referenced matter and respectfully moves this Honorable Court to continue the mediation on this case from its presently scheduled date of Tuesday, April 18th to either Thursday, May 25th or Tuesday, May 30th. As grounds therefore plaintiff states that plaintiff, Harvey Marlin, spends his winters in Florida and returns to Massachusetts in mid-May. It would be a hardship upon Mr. Marlin, in part because of his medical difficulties, to compel him to return to Massachusetts for the mediation.

No previous requests for continuance of the mediation have been sought; no party will be prejudice by the one month continuance.

Defense counsel assents to the continuance of the mediation.

| | |
|---|---|
| Dated: April 3, 2006 | The Plaintiff, Harvey Marlin,<br>By his attorney,<br>Joseph G. Abromovitz, P.C.<br><br>s/Joseph G. Abromovitz<br>_____<br>Joseph G. Abromovitz<br>BBO NO. 011420<br>858 Washington Street, 3rd Floor<br>Dedham, MA 02026<br>Phone: (781) 329-1080 |

Assented to:

s/Crisann Leal
_____
Crisann Leal, Esquire
Curtin, Murphy & O'Reilly, P.C.
55 Summer Street, 10th Floor
Boston, MA 02110

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, hereby certify that on the 3rd day of April, 2006, I served a copy of this document by first class mail, postage prepaid to the following counsel of record:

    Crisann Leal, Esquire
    Timothy J. Hlavac, Esquire
    Curtin, Murphy & O'Reilly, P.C.
    55 Summer Street, 10th Floor
    Boston, MA 02110

                                                          s/Joseph G. Abromovitz
                                                          _____
                                                          Joseph G. Abromovitz