UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11009REK

**********************************************
HARVEY MARLIN                    *
                                 *
v.                               *
                                 *
DANVERS DEMOULAS                 *
MARKET BASKET                    *
**********************************************

## JOINT MOTION TO CONTINUE MEDIATION

Now come the parties in the above referenced matter and respectfully move this Honorable Court to continue the mediation on this case from its presently scheduled date of May 24, 2006 to either June 26th, June 28th, June 29th or June 30th. As grounds therefore the parties state that, inadvertently, plaintiff's counsel had proposed the date of May 24, 2006 for the mediation of this matter, not realizing that the plaintiff would not be returning to Massachusetts from Florida until early June. Accordingly it is respectfully requested that the Court schedule a mediation for any of the dates set forth herein which are convenient to all parties.

Dated:

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By his attorney, | By their attorney, |
| Joseph G. Abromovitz, P.C. | Curtin, Murphy & O'Reilly, P.C. |
| s/Joseph G. Abromovitz | s/Crisann Leal |
| _____ | _____ |
| Joseph G. Abromovitz | Crisann Leal |
| 858 Washington Street, 3rd Floor | 55 Summer Street, 10th Floor |
| Dedham, MA 02026 | Boston, MA 02110 |
| Phone: (781) 329-1080 | Phone: (617)574-1700 |