UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************
                          *
HARVEY MARLIN,            *
        Plaintiff,        *
                          *
v.                        *   CIVIL ACTION NO. 05CV11009-REK
                          *
DANVERS DEMOULAS          *
MARKET BASKET,            *
        Defendant.        *
                          *
*************************
```

FILED
IN CLERKS OFFICE

2006 MAY 18  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF THE ABOVE-NAMED COURT:

Effective May 1, 2006, please note the firm's change of address, on behalf of counsel for Danvers DeMoulas Market Basket, in the above-captioned matter for Curtin, Murphy & O'Reilly, P.C. from 55 Summer Street to:

Curtin, Murphy & O'Reilly, P.C.
Park Square Building
31 St. James Avenue
Boston, Massachusetts 02116
Tel: (617) 574-1700
Fax: (617) 574-1710

Respectfully Submitted,
The Defendant,
**DANVERS DEMOULAS MARKET BASKET,**
By its Attorneys,

_____
Chrisann Leal, BBO #566402
Timothy J. Hlavac, BBO #632788
**CURTIN, MURPHY & O'REILLY, P.C.**
Park Square Building
31 St. James Avenue
Boston, Massachusetts   02116
(617) 574-1700

## Certificate of Service

I herewith certify that on May 16, 2006, I served the within pleading on all parties by mail, postage prepaid, to:

Joseph G. Abromovitz, Esquire
858 Washington Street, 3rd Floor
Dedham, Massachusetts   02026

*[signature]*