UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11009REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HARVEY MARLIN                          *
                                       *
v.                                     *
                                       *
DANVERS DEMOULAS                       *
MARKET BASKET                          *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE MEDIATION**

Now comes the plaintiff in the above referenced matter and respectfully moves

this Honorable Court to continue the mediation of this case from its scheduled date of

July 20, 2006 to either August 24, 2006 or August 25, 2006.  As grounds therefore

plaintiff states that his counsel will be out of state attending a convention and then

vacation from July 14, 2006 through July 23, 2006.  Defense counsel assents to this

motion.

Dated: June 27, 2006                              The Plaintiff, Harvey Marlin,
                                                  By his attorney,
                                                  Joseph G. Abromovitz, P.C.


                                                  s/Joseph G. Abromovitz

                                                  _____

                                                  Joseph G. Abromovitz
                                                  BBO NO. 011420
                                                  858 Washington Street, 3rd Floor
                                                  Dedham, MA 02026
                                                  Phone: (781) 329-1080

Assented to:

s/Crisann Leal

_____

Crisann Leal, Esquire
Curtin, Murphy & O'Reilly, P.C.
55 Summer Street, 10th Floor
Boston, MA 02110


## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, hereby certify that on the 26th day of June, 2006, I

served a copy of this document by first class mail, postage prepaid to the following

counsel of record:

> Crisann Leal, Esquire
> Curtin, Murphy & O'Reilly, P.C.
> 55 Summer Street, 10th Floor
> Boston, MA 02110

                                        s/Joseph G. Abromovitz

                                        _____

                                        Joseph G. Abromovitz