**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HARVEY MARLIN
        Plaintiff(s)

V.

DEMOULAS SUPERMARKETS, INC.
        Defendant(s)

CIVIL ACTION

NO. 05-CV-11009-JGD

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE      JUDITH G. DEIN

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On  10/5/2006                              I held the following ADR proceeding:

    _____  SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    __X____  MEDIATION                              _____ SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL                              _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____ ]

The parties were / were not present in person or by authorized corporate officer [except _____ ].

The case was:

[X]  Settled. Your clerk should enter a _60___ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____

_10/5/06_____              /S/ Joyce London Alexander
DATE                               ADR Provider