## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Harvey Marlin
        Plaintiff

V.                  Civil Action No. 05-11009-JGD

Demoulas Supermarkets, Inc.
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

    The Court having been advised on   October 05, 2006   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                              By the Court,

| | |
|---|---|
| October 10, 2006 | /s/ Thomas F. Quinn |
| Date | Deputy Clerk |

(settlement Ordet of Dismissal.wpd - 12/98)